UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DANA R. HERN, on behalf of herself and and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | )    No. 4:16-CV-1296 JAR ) |
| ST. ANTHONY'S MEDICAL CENTER, | ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

For the reasons stated in the Court's October 14, 2016 Memorandum and Order (Doc. No. 24) and Plaintiff's failure to comply therewith,

**IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss Plaintiff's Complaint [11] is **REINSTATED** and **GRANTED**.

A separate Judgment of Dismissal will accompany this Memorandum and Order.

Dated this 12th day of December, 2016.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE

1